## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| JUDY FOSTER, | ) |
| Plaintiff, | ) ) ) ) **Case No.: 4:18-cv-04125** |
| v. | ) ) |
| CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY, | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF SETTLEMENT

Plaintiff, JUDY FOSTER, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED: December 7, 2018

                Respectfully submitted,
                AGRUSS LAW FIRM, LLC

    By: /s/ James J. Parr
        ARDC No. 6317921
        4809 N. Ravenswood Avenue, Suite 419
        Chicago, IL 60640
        312-224-4695 – office
        312-253-4451 – facsimile
        james@agrusslawfirm.com
        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

On December 7, 2018, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Brian Tretter, at btretter@choicehomewarranty.com.

By: /s/ James J. Parr
James J. Parr